MARSHALL, Respondent, v. WILTBANK, Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Ac-

tion by Morton B. Marshall against Edward S. Wiltbank. No opinion. Interlocutory judgment affirmed, with costs, with leave to defendant, within 20 days, to withdraw demurrer and answer, upon payment of costs of the trial court and of this appeal.